IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAINA PARKS, as Special Administrator
of the Estate of Billy Parks, Sr.            PLAINTIFF

v.          No. 5:10-cv-240-DPM

UNITED STATES OF AMERICA          DEFENDANT

## ORDER

Having prevailed at trial on the survival claim, Parks moves for costs. The parties, after some wrangling, have reached consensus on the kinds and amounts of costs available under Federal Rule of Civil Procedure 54(d) and 28 U.S.C. §§ 1920 & 1821. The Court agrees too, and awards:

- Witness fees—$120.00;

- Copies and printing—$1,550.21;

- Filing fees—$490.00; and

- Transcripts—$3,283.30;

The Court also notes that the parties have agreed that the United States will pay $454.00 for its share of the bill for editing Dr. Quintiliani's video deposition for trial.

Motion, *Document No. 91*, granted in part and denied in part. The Court awards $5,443.51 in Rule 54(d) costs to the Parks Estate.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

<u>30 December 2011</u>