FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 3 0 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAINA PARKS, as Special Administrator
of the Estate of Billy Parks, Sr.                                    PLAINTIFF

v.                               No. 5:10-cv-240-DPM

UNITED STATES OF AMERICA                                   DEFENDANT

JUDGMENT

This case was tried to the bench in November 2011.  For the reasons

stated on the record at the trial's end and in the Court's post-trial orders,

*Document Nos. 90 & 96*, the Court now enters its judgment.  The Estate's

wrongful-death claim is dismissed with prejudice.   The Court grants

judgment for Shaina Parks, as Special Administrator of the Estate of Billy

Parks, Sr., against the United States of America on the Estate's survival claim

for $8,000.00 and for $5,443.51 in costs.  The total due, $13,443.51, shall accrue

interest at 0.12% per annum from today until paid in full.   28 U.S.C. §

1961(a)-(b).

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 December 2011